```
IN THE UNITED STATES DISTRICT COURT
  FOR THE SOUTHERN DISTRICT OF ALABAMA
            SOUTHERN DIVISION

CLAYTON BAGGETT,              *
                              *
    Plaintiff,                *
                              *
vs.                           *   CIVIL ACTION NO. 19-00062-B
                              *
QUALITY CARRIERS, INC.,       *
et al.,                       *
                              *
    Defendants.               *
```

## JUDGMENT

In accordance with the Order issued on this date, it is **ORDERED, ADJUDGED,** and **DECREED** that this action is **REMANDED** to the Circuit Court of Conecuh County, Alabama, from whence it came.

**DONE** this **24th** of **April, 2019.**

                                                  **/s/ SONJA F. BIVINS**
                                          **UNITED STATES MAGISTRATE JUDGE**